| | |
|---|---|
| GORDON GRAVELLE, and CODEPRO KEY CORPORATION, *Gordon Gravelle on behalf of himself and as an officer* <br> Plaintiffs, <br><br> v. <br><br> KABA, ILLCO CORP, FRANK BELFLOWER and CHARLES MURRAY, <br> Defendants | **JUDGMENT** <br> No. 5:17-CV-207-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on Plaintiff's Motion for Leave to Proceed In Forma Pauperis and frivolity review.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 6, 2018, and for the reasons set forth more specifically therein, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 6, 2018, and Copies To:**

Gordon Gravelle (via U.S. Mail) 238 May Street N. Apt 1, Thunder Bay, Ontario P7C 3P8, Canada

CodePro Key Corporation (via U.S. Mail) 238 May Street N, Thunder Bay, Ontario, P7C 3P8, Canada

March 6, 2018                     PETER A. MOORE, JR., CLERK
                                          /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk